# U.S. District Court
# Northern District of Iowa (Cedar Rapids)
# CRIMINAL DOCKET FOR CASE #: 1:16−cr−00081−LRR−1
# *Internal Use Only*

Case title: USA v. Bordman

Date Filed: 10/05/2016
Date Terminated: 06/13/2017

---

**Interested Party**

**US Probation** represented by **uspNotify**
Email: poecm@ianp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Interested Party**

**USPO Pat Korth**

---

Assigned to: Judge Linda R Reade
Referred to: Magistrate Judge CJ Williams

**Defendant (1)**

**Michael Bordman**
*TERMINATED: 06/13/2017*

represented by **Jill M Johnston**
Federal Public Defender's Office
222 Third Avenue SE, Suite 290
**ECF
Cedar Rapids, IA 52401
319 363 9540
Fax: 319 363 9542
Email: jill_johnston@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(a) and 2251(e) SEXUAL EXPLOITATION OF CHILDREN (1s) | 600 months imprisonment. This term of imprisonment consists of a 360−month term imposed on Count 1 and a 240−month term imposed on Count 4 of the Superseding Indictment, with the term imposed on Count 4 to be served consecutively to the term imposed |

on Count 1. 25 years supervised release. This term of supervised release consists of a 25−year term imposed on each of Counts 1 and 4 of the Superseding Indictment, to be served concurrently. $200 special assessment. $3,000 restitution.

| | |
|---|---|
| 18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(4s) | 600 months imprisonment. This term of imprisonment consists of a 360−month term imposed on Count 1 and a 240−month term imposed on Count 4 of the Superseding Indictment, with the term imposed on Count 4 to be served consecutively to the term imposed on Count 1. 25 years supervised release. This term of supervised release consists of a 25−year term imposed on each of Counts 1 and 4 of the Superseding Indictment, to be served concurrently. $200 special assessment. $3,000 restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2251(a) and 2251(e) SEXUAL EXPLOITATION OF CHILDREN<br>(1) | Dismissed. |
| 18:2252(a)(2) and 2252(b)(1) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(2−3) | Dismissed. |
| 18:2252(a)(2) and 2252(b)(1) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(2s−3s) | Dismissed. |
| 18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(4) | Dismissed. |
| 18:2252A(a)(5)(B) and 2252A(b)(2) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(5s−6s) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **Mark A Tremmel**
US Attorney's Office
111 7th Avenue SE
Box 1
**ECF
Cedar Rapids, IA 52401
319−363−6333
Fax: 319−363−1990
Email: mark.tremmel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/05/2016 | | | Judge update in case as to Michael Bordman. Chief Judge Linda R Reade and Chief Magistrate Judge Jon S Scoles added. Conflicts checked, none found. (jjh) (Entered: 10/06/2016) |
| 10/05/2016 | 2 | | SEALED Indictment as to Michael Bordman (1) Counts 1, 2−3, 4. (Attachments: # 1 Unredacted Indictment) (eUSA, eUSM, eUSP) (jjh) (Entered: 10/06/2016) |
| 10/05/2016 | 3 | | *SEALED* Arrest Warrant Issued in case as to Defendant Michael Bordman. (eUSA, eUSM, eUSP) (jjh) (Entered: 10/06/2016) |
| 10/05/2016 | 4 | | ORDER to Seal Case until the arrest of the Defendant Michael Bordman. Signed by Chief Magistrate Judge Jon S Scoles on 10/05/16. (eUSA, eUSM, eUSP) (jjh) (Entered: 10/06/2016) |
| 10/07/2016 | | | INDICTMENT and Case unsealed as to Defendant Michael Bordman. Action taken pursuant to defendant's arrest. (pac) (Entered: 10/07/2016) |
| 10/07/2016 | 5 | | TEXT ONLY ORDER SETTING HEARINGS as to Defendant Michael Bordman. Initial Appearance and Arraignment set for 10/7/2016 03:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Magistrate Judge CJ Williams. Judge Williams will preside via VTC from Sioux City; everyone else will be in Cedar Rapids. FPD USA USM USP notified via email/phone. Signed by Chief Magistrate Judge Jon S Scoles on 10/7/2016. (Stigler, Karo) (Entered: 10/07/2016) |
| 10/07/2016 | 6 | | MINUTE Entry for proceedings held before Magistrate Judge CJ Williams: Initial Appearance and Arraignment as to Defendant Michael Bordman (1) Counts 1, 2−3, 4 held on 10/7/2016 − Attorney Jill Johnston for defendant, |

| | | | |
|---|---|---|---|
| | | | and defendant pled not guilty. Defendant detained. (Court Recording: FTR Gold) (des) (Entered: 10/07/2016) |
| 10/07/2016 | 7 | | ORDER Regarding Appointment of Counsel as to Defendant Michael Bordman. Signed by Magistrate Judge CJ Williams on 10/7/2016. (des) (Entered: 10/07/2016) |
| 10/07/2016 | 8 | | ORDER of Detention and Scheduling a Hearing as to Defendant Michael Bordman Detention Hearing set for 10/11/2016 11:00 AM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Signed by Magistrate Judge CJ Williams on 10/7/2016. (des) (Entered: 10/07/2016) |
| 10/07/2016 | 9 | | STIPULATED DISCOVERY ORDER as to Defendant Michael Bordman. Signed by Magistrate Judge CJ Williams on 10/7/2016. (des) (Entered: 10/07/2016) |
| 10/07/2016 | 10 | | TRIAL MANAGEMENT ORDER as to Defendant Michael Bordman. Jury Trial set for 12/12/2016 09:00 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Pretrial Conference set for 12/12/2016 08:30 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Jury Instructions due by 11/30/2016. Motions due by 11/4/2016. Status Conference set for 11/16/2016 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Trial Related Motions due by 11/25/2016. Signed by Magistrate Judge CJ Williams on 10/7/2016. (des) (Entered: 10/07/2016) |
| 10/11/2016 | 11 | | SEALED Pretrial Services Report by USA, US Probation, Michael Bordman as to Defendant Michael Bordman PLEASE NOTE: The Pretrial Services Report shall be used for the purposes of bail determination only and shall remain confidential as provided in Title 18 U.S.C. Section 3153(c)(1). The Pretrial Services Report is not public record and shall not be reproduced or disclosed to any other party (Berns, Amy) (Entered: 10/11/2016) |
| 10/11/2016 | 12 | | MINUTE Entry with Witness List for proceedings held before Chief Magistrate Judge Jon S Scoles: Detention Hearing as to Defendant Michael Bordman held on 10/11/2016. Defendant to remain detained, Order to follow (Court Reporter Kay Carr). (skm) (Entered: 10/11/2016) |
| 10/11/2016 | 13 | | ORDER of Detention Pending Trial as to Defendant Michael Bordman. Signed by Chief Magistrate Judge Jon S Scoles on 10/11/2016. (skm) (Entered: 10/11/2016) |
| 10/11/2016 | 14 | | Arrest Warrant Returned Executed on 10/7/2016 in case as to Defendant Michael Bordman. (skm) (Entered: 10/11/2016) |
| 11/02/2016 | 18 | | SUPERSEDING Indictment as to Michael Bordman, Counts 1s, 2s−3s, 4s−6s. (Attachments: # 1 Unredacted Superseding Indictment) (skm) (Entered: 11/03/2016) |
| 11/02/2016 | 19 | | LOCAL Criminal Rule 7 Statement by USA as to Defendant Michael Bordman. (skm) (Entered: 11/03/2016) |
| 11/03/2016 | 20 | | NOTICE of Hearing as to Defendant Michael Bordman: Arraignment on the Superseding Indictment set for 11/8/2016 01:30 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Waiver) (skm) (Entered: 11/03/2016) |
| 11/04/2016 | 23 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Defendant Michael Bordman. (pac) (Entered: 11/04/2016) |
| 11/04/2016 | 24 | | ORDER Accepting 23 Written Waiver of Personal Appearance at Arraignment on Superseding Indictment and Cancelling Hearing as to Defendant Michael Bordman. The arraignment on Superseding Indictment currently scheduled for 11/8/2016 is hereby cancelled. Signed by Chief Magistrate Judge Jon S Scoles on 11/04/2016. (jjh) Modified text on 11/7/2016 (jjh). (Entered: 11/04/2016) |
| 11/07/2016 | 25 | | UNRESISTED Motion for Continuance of Trial and Trial−Related Deadlines by Michael Bordman. (Johnston, Jill) (Entered: 11/07/2016) |
| 11/07/2016 | 26 | | ORDER granting 25 UNRESISTED Motion for Continuance of Trial and Trial−Related Deadlines as to Defendant Michael Bordman. Ends of Justice Time excluded from 11/7/2016 until 1/17/2017. Jury Trial reset for 1/17/2017 in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Pretrial Conference reset for 1/17/2017 at 8:30 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Chief Judge Linda R Reade. Jury Instructions due by 1/5/2017. Trial Related Motions due by 12/30/2016. Status Conference reset for 12/21/2016 at 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Chief Magistrate Judge Jon S Scoles. Signed by Chief Magistrate Judge Jon S Scoles on 11/7/2016. (pac) (pac). (Entered: 11/07/2016) |
| 12/08/2016 | | | Judge update in case as to Michael Bordman. Magistrate Judge CJ Williams added. Magistrate Judge Jon S Scoles no longer assigned to case. (Conflicts reviewed, none found) (ksy) (Entered: 12/08/2016) |
| 12/08/2016 | 27 | | ORDER RESETTING HEARING as to Defendant Michael Bordman: Status Conference set for 12/21/2016 12:00 PM in 111 7th Avenue SE, Courtroom 3, 4th Floor before Magistrate Judge CJ Williams. Judge Williams will preside by video conference from the first floor courtroom, United States Courthouse, Sioux City, Iowa. Signed by Magistrate Judge Jon S Scoles on 12/8/16. (ksy) (Entered: 12/08/2016) |
| 12/13/2016 | 28 | | NOTICE of Intent to Plead Guilty by Defendant Michael Bordman (Johnston, Jill) (Entered: 12/13/2016) |
| 12/13/2016 | 29 | | ORDER to Continue − Ends of Justice as to Defendant Michael Bordman. Time excluded from 12/13/2016 until 12/22/2016. Change of Plea Hearing set for 12/22/2016 2:30 PM before Magistrate Judge CJ Williams. The hearing will take place via video conference. Judge Williams will preside from First Floor Courtroom in Sioux City, Iowa; United States Courthouse and Federal Building, 320 Sixth Street, Sioux City, Iowa 51101. Government's counsel, defendant Michael Bordman, and defense counsel will be present in Cedar Rapids, Iowa; Courtroom 4, Fourth Floor, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401−2101. The status conference hearing scheduled for December 21, 2016, at 12:00 PM is cancelled. Signed by Magistrate Judge CJ Williams on 12/13/2016. (src) (Entered: 12/13/2016) |
| 12/13/2016 | 30 | | NOTICE of Consent to Entry of a Plea of Guilty by Defendant Michael Bordman (Johnston, Jill) (Entered: 12/13/2016) |

| | | | |
|---|---|---|---|
| 12/22/2016 | 31 | | MINUTE Entry for proceedings held before Magistrate Judge CJ Williams: Change of Plea Hearing as to Defendant Michael Bordman held on 12/22/2016. Defendant entered a plea of guilty to counts 1 and 4 of the superseding indictment. Defendant detained. (Sealed Government Exhibit 1 due by 12/25/2016) (Court Reporter: Shelly Semmler) (pac) (Entered: 12/22/2016) |
| 12/22/2016 | 32 | | NOTICE of Filing of Sealed Government Exhibit 1 from Hearing By Plaintiff as to Michael Bordman re 31 Change of Plea Hearing (Tremmel, Mark) Modified text on 12/23/2016 (jjh). (Entered: 12/22/2016) |
| 12/30/2016 | 33 | | REPORT AND RECOMMENDATION to Accept Guilty Plea to Counts 1 and 4 of the Superseding Indictment as to Michael Bordman: Objections to RRdue by 01/13/2017. Signed by Magistrate Judge CJ Williams on 12/30/16. (kfs) (Entered: 12/30/2016) |
| 01/17/2017 | 34 | | ORDER Accepting Report and Recommendation re Plea as to the Superseding Indictment regarding Defendant Michael Bordman for 33 Report and Recommendation to Accept Guilty Plea to Count 1s and 4s. Signed by Chief Judge Linda R Reade on 1/17/17. (ksy) (Entered: 01/17/2017) |
| 01/31/2017 | 35 | | SEALED Offense Conduct Statement as to Defendant Michael Bordman (Tremmel, Mark) (Entered: 01/31/2017) |
| 02/15/2017 | 36 | | SEALED **Draft** Presentence Investigation Report by USA, Pat Korth, US Probation, Michael Bordman as to Defendant Michael Bordman (Attachments: # 1 Instructions for Objecting) (Cannon, Mary) (Entered: 02/15/2017) |
| 03/01/2017 | 37 | | SEALED Objection to Presentence Investigation Report By Defendant as to Michael Bordman 36 (Johnston, Jill) (Entered: 03/01/2017) |
| 03/01/2017 | 38 | | SEALED Objection to Presentence Investigation Report By Plaintiff as to Michael Bordman 36 (Tremmel, Mark) (Entered: 03/01/2017) |
| 04/12/2017 | 39 | | SEALED Presentence Investigation Report *Final* by USA, Pat Korth, US Probation, Michael Bordman as to Defendant Michael Bordman (Attachments: # 1 Sentencing Worksheet, # 2 Appendix) (Cannon, Mary) (Entered: 04/12/2017) |
| 04/13/2017 | 40 | | ORDER re 39 Sealed Final Presentence Investigation Report as to Defendant Michael Bordman. See text of Order. Signed by Judge Linda R Reade on 04/12/2017. (jjh) (Entered: 04/13/2017) |
| 05/04/2017 | 41 | | MOTION for Leave to File *Sentencing memorandum* by Michael Bordman. (Johnston, Jill) (Entered: 05/04/2017) |
| 05/04/2017 | 42 | | ORDER denying 41 Motion for Leave to File Sentencing Memo Under Seal as to Michael Bordman (1). Signed by Judge Linda R Reade on 05/04/2017. (jjh) (Entered: 05/04/2017) |
| 05/04/2017 | 43 | | SENTENCING Memorandum by Defendant Michael Bordman (Johnston, Jill) (Entered: 05/04/2017) |
| 05/04/2017 | 44 | | SENTENCING Memorandum by USA as to Defendant Michael Bordman (Tremmel, Mark) (Entered: 05/04/2017) |
| 05/10/2017 | 45 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by USA as to Defendant Michael Bordman re 43 Sentencing Memorandum filed by Michael Bordman *Resistance to Motion for Downward Variance* (Attachments: # 1 Brief) (Tremmel, Mark) (Entered: 05/10/2017) |
| 05/23/2017 | 46 | | ORDER SETTING HEARING as to Defendant Michael Bordman: Sentencing set for 6/7/2017 at 09:00 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Judge Linda R Reade. Signed by Judge Linda R Reade on 05/23/2017. (jjh) (Entered: 05/23/2017) |
| 05/23/2017 | 47 | | UNRESISTED Motion for Continuance of Sentencing by USA as to Michael Bordman. (Tremmel, Mark) (Entered: 05/23/2017) |
| 05/24/2017 | 48 | | ORDER granting 47 UNRESISTED Motion for Continuance of Sentencing filed by USA as to Defendant Michael Bordman. Sentencing reset for 6/12/2017 at 10:00 AM in 111 7th Avenue SE Courtroom 1, 2nd Floor before Judge Linda R Reade. Signed by Judge Linda R Reade on 5/24/2017. (pac) (Entered: 05/24/2017) |
| 06/05/2017 | 49 | | UNRESISTED Motion for Leave of Court to File Supplemental Sentencing Memoranda and Exhibits Under Seal by USA as to Michael Bordman. (Tremmel, Mark) (Entered: 06/05/2017) |
| 06/06/2017 | 50 | | ORDER granting 49 Unresisted Motion for Leave of Court to File Supplemental Sentencing Memoranda and Exhibits Under Seal as to Michael Bordman. Signed by Judge Linda R Reade on 6/6/2017. (skm) (Entered: 06/06/2017) |
| 06/08/2017 | 52 | | RESPONSE by Defendant Michael Bordman re 51 SEALED Supplemental Sentencing Memorandum. (Johnston, Jill) Modified link and text on 6/8/2017 (ksy). (Entered: 06/08/2017) |
| 06/12/2017 | 53 | | MINUTE Entry for proceedings held before Judge Linda R Reade: Sentencing held on 6/12/2017 as to defendant Michael Bordman. Defendant detained. Government Exhibits 1, 2 and 3 filed at 51 . (Court Reporter: Patrice Murray) (pac) Modified text on 6/13/2017 (jjh). Modified link on 6/15/2017 (jjh). (Entered: 06/12/2017) |
| 06/13/2017 | 54 | 9 | JUDGMENT as to Defendant Michael Bordman (1) Counts 1s and 4s: 600 months imprisonment. This term of imprisonment consists of a 360−month term imposed on Count 1 and a 240−month term imposed on Count 4 of the Superseding Indictment, with the term imposed on Count 4 to be served consecutively to the term imposed on Count 1. 25 years supervised release. This term of supervised release consists of a 25−year term imposed on each of Counts 1 and 4 of the Superseding Indictment, to be served concurrently. $200 special assessment. $3,000 restitution. Counts 1, 2−3, 2s−3s, 4, 5s−6s: Dismissed. Signed by Judge Linda R Reade on 06/13/2017. (jjh) (Entered: 06/13/2017) |
| 06/13/2017 | 55 | | SEALED Statement of Reasons by USA, Pat Korth, US Probation, Michael Bordman as to Defendant Michael Bordman (jjh) (Entered: 06/13/2017) |
| 06/13/2017 | 56 | | SEALED Appendix as to Michael Bordman re 54 Judgment. (jjh) (Entered: 06/13/2017) |
| 06/19/2017 | 57 | 16 | NOTICE of Appeal by Defendant Michael Bordman re 54 Judgment,, (Johnston, Jill) (Entered: 06/19/2017) |

| | | | |
|---|---|---|---|
| 06/19/2017 | 58 | 18 | NOA Supplement and Transmission of Notice of Appeal as to Defendant Michael Bordman to US Court of Appeals re 57 Notice of Appeal − Final Judgment. Case Number due by 6/22/2017. (pac) (Entered: 06/19/2017) |

# UNITED STATES DISTRICT COURT

Northern District of Iowa

UNITED STATES OF AMERICA
v.
**MICHAEL BORDMAN**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **0862 1:16CR00081-001**

USM Number: **16830-029**

**Jill M. Johnston**
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **1 and 4 of the Superseding Indictment filed on November 2, 2016**

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. §§ 2251(a) and 2251(e)** | **Sexual Exploitation of a Child** | **July 2016** | **1** |
| **18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)** | **Possession of Child Pornography, Including a Depiction Involving a Prepubescent Minor or a Minor Who Had Not Yet Attained 12 Years of Age** | **July 2016** | **4** |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☒ Count(s) **2, 3, 5, and 6** ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**June 12, 2017**
Date of Imposition of Judgment

Signature of Judge

**Linda R. Reade**
**U.S. District Court Judge**
Name and Title of Judge

June 13, 2017
Date

DEFENDANT: **MICHAEL BORDMAN**
CASE NUMBER: **0862 1:16CR00081-001**

## IMPRISONMENT

☒ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**600 months. This term of imprisonment consists of a 360-month term imposed on Count 1 and a 240-month term imposed on Count 4 of the Superseding Indictment, with the term imposed on Count 4 to be served consecutively to the term imposed on Count 1.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**It is recommended that the defendant be designated to a Bureau of Prisons facility as close to the state of Texas as possible, commensurate with the defendant's security and custody classification needs.**

**That the defendant participate in the Bureau of Prisons' Residential Sex Offender Management Program.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ , with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **MICHAEL BORDMAN**
CASE NUMBER: **0862 1:16CR00081-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **25 years. This term of supervised release consists of a 25-year term imposed on each of Counts 1 and 4 of the Superseding Indictment, to be served concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☒ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **MICHAEL BORDMAN**
CASE NUMBER: **0862 1:16CR00081-001**

## SPECIAL CONDITIONS OF SUPERVISION

*The defendant must comply with the following special conditions as ordered by the Court and implemented by the U.S. Probation Office:*

1) **The defendant must not have contact with children under the age of 18 (including through letters, communication devices, audio or visual devices, visits, electronic mail, the Internet, or any contact through a third party) without the prior written consent of the United States Probation Office. The United States Probation Office will work with the defendant and the defendant's family to set up supervised communications and visits with the defendant's biological and legally adopted children.**

2) **The defendant must not operate or use photographic equipment, a computer, or any electronic storage device to view or produce any form of pornography or erotica.**

3) **The defendant must not own or possess any pornographic materials. The defendant must not use any form of pornography or erotica nor enter any establishment where pornography or erotica can be obtained or viewed.**

4) **Any computer and/or electronic storage device the defendant owns or has access to will be subject to random or periodic unannounced monitoring by a United States Probation Officer. The monitoring will include examinations of the defendant's computer(s) equipment, the retrieval and copying of all data, and any internal or external peripherals, and/or removal of such equipment for inspection. The defendant must allow the United States Probation Office to install any hardware or software systems to monitor or filter the defendant's computer use. Prior to installation of any such hardware or software systems, the defendant must allow the United States Probation Office to examine the defendant's computer and/or electronic storage device.**

5) **The defendant must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.**

6) **The defendant must submit to a search of the defendant's person, residence, adjacent structures, office, computer, electronic storage device, or vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant must warn any other residents that the residence and vehicle, as well as any computers or electronic storage devices may be subject to searches pursuant to this condition. This condition may be invoked with or without the assistance of law enforcement, including the United States Marshals Service.**

7) **The defendant must pay any financial penalty that is imposed by this judgment.**

8) **For as long as the defendant owes any fines or restitution ordered as part of the instant offense, the defendant must provide the United States Probation Office with access to any requested financial information.**

9) **For as long as the defendant owes any fines or restitution ordered as part of the instant offense, the defendant must not incur new credit charges or open additional lines of credit without the approval of the United States Probation Office unless the defendant is in compliance with the installment payment schedule.**

**Continued on next page.**

DEFENDANT: **MICHAEL BORDMAN**
CASE NUMBER: **0862 1:16CR00081-001**

# SPECIAL CONDITIONS OF SUPERVISION

***The defendant must comply with the following special conditions as ordered by the Court and implemented by the U.S. Probation Office:***

**10) The defendant must participate in a mental health evaluation and/or treatment program. This may include participation in a sex offender treatment program or any such similar program offered in the defendant's approved district of residence. The defendant must take all medications prescribed to the defendant by a licensed psychiatrist or physician.**

**11) The defendant must participate in and successfully complete a program of testing and treatment for substance abuse.**

**12) If not employed at a regular lawful occupation, as deemed appropriate by the United States Probation Office, the defendant must participate in employment workshops and report, as directed, to the United States Probation Office to provide verification of daily job search results or other employment related activities. In the event the defendant fails to secure employment, participate in the employment workshops or provide verification of daily job search results, the defendant may be required to perform up to 20 hours of community service per week until employed.**

Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

____________________________ ____________________
Defendant Date

____________________________ ____________________
U.S. Probation Officer/Designated Witness Date

DEFENDANT: **MICHAEL BORDMAN**
CASE NUMBER: **0862 1:16CR00081-001**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment[1] | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | **$ 200** | **$ 0** | **$ 0** | **$ 3,000** |

☐ The determination of restitution is deferred until ____________. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[2] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **Victim(s), the amount(s) of restitution, and the priority or percentage are listed in an Appendix to this Judgment that has been filed under seal** | | **$3,000** | |
| **TOTALS** | $ ____________ | $ **3,000** | |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☒ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

[1]Justice for Victims of Trafficking Act of 2015, 18 U.S.C. § 3014.
[2]Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **MICHAEL BORDMAN**
CASE NUMBER: **0862 1:16CR00081-001**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $ **3,200** due immediately, balance due

☐ not later than ____________, or
☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C ☐ D, or ☐ F below); or

**C** ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within ________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

**While incarcerated, you must make monthly payments in accordance with the Bureau of Prisons Financial Responsibility Program. The amount of the monthly payments will not exceed 50% of the funds available to you through institution or non-institution (community) resources and will be at least $25 per quarter. If you still owe any portion of the financial obligation(s) at the time of release from imprisonment, you must pay it as a condition of supervision and the United States Probation Office will pursue collection of the amount due, and will request the Court to establish a payment schedule if appropriate. For as long as you owe any fines or restitution ordered as part of the instant offense, you must notify the United States Attorney for the Northern District of Iowa within 30 days of any change of your mailing or residence address that occurs while any portion of the financial obligation(s) remains unpaid.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT

USCA8, No. __________

## for the Northern District of Iowa

### NOTICE OF APPEAL

United States of America )
Plaintiff )
vs. )
Michael Bordman )
Defendant. )

16-CR-81
District Court Docket Number

Hon. Judge Linda R. Reade
District Court Judge

Notice is hereby given that Michael Bordman appeals to the Eighth Circuit from the: ☑ Judgment & Commitment ☐ Order ______________ (Specify) entered in this action on June 12, 2017.

/s/ Jill M. Johnston
Signature of Defendant's Counsel

Jill M. Johnston
Typed Name of Defendant's Counsel

222 Third Avenue SE — Street Address
Suite 290 — Room Number

(319) 363-9540
Telephone Number

| City | State | Zip |
|---|---|---|
| Cedar Rapids | Iowa | 52401 |

June 19, 2017
Date

## TRANSCRIPT ORDER FORM

TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☑ Please prepare a transcript of:
- ☑ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof
- ☑ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

☐ I am not ordering a transcript because:
- ☐ Previously Filed
- ☐ Other (Specify) ____________________

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter (FRAP 10(b)).

Method of payment: ☐ Funds, ☐ CJA Form 24 completed and sent to court reporter.

Attorney's Signature Jill M. Johnston  Date June 19, 2017

# INFORMATION SHEET

TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Linn County Jail, P.O. Box 608, Cedar Rapids, Iowa 52406

2. Date of Verdict: June 12, 2017 ☐ Jury ☑ Non-Jury

   Offenses: Count 1 - Sexual Exploitation of a Child
   Count 2 - Possession of Child Pornography, Including a Depiction Involving a Prepubescent Minor or a Minor Who Had Not Yet Attained 12 Years of Age

   Trial Testimony - Number of Days ________ Bail Status ____________

3. Sentence and Date Imposed: 600 Imprisonment; 25 years supervised release imposed 6/12/17

4. Appealing: Sentence ☐ Conviction ☐ Both ☑

   Challenging: ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: June 19, 2017

   Stenographer in Charge: Shelly Semmler (Plea); Patrice Murray (Sentencing)

   (Name, Address, Phone) U.S. District Courthouse, Cedar Rapids, IA; phone: 319-286-2338

6. Trial Counsel was: ☑ Appointed ☐ Retained

   Does Defendant's financial status warrant appointment of counsel on appeal? ☑ Yes ☐ No

   Affidavit of Financial Status filed: October 7, 2016

   Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes ☑ No

7. Assistant U.S. Attorney Name & Phone Number: Mark Tremmel
   319-363-6333

# COURT REPORTER ACKNOWLEDGMENT

| ____________ | ____________ | ____________ |
|---|---|---|
| Date Order Received | Estimated Completion Date | Est Number of Pages |

| ____________ | ____________ |
|---|---|
| Court Reporter's Signature | Date |

## U.S. DISTRICT COURT OF APPEALS – EIGHTH CIRCUIT
## NOA SUPPLEMENT
## NORTHERN DISTRICT OF IOWA – CEDAR RAPIDS, IA

**CAPTION:**

USA v. Bordman

**CASE NUMBER:**

1:16-cr-81-LRR

**APPELLANT:**

Michael Bordman

**APELLANT ADDRESS or ATTORNEY ADDRESS:**

Jill M. Johnston
Federal Public Defender's Office
222 3rd Ave SE, Suite 290
Cedar Rapids IA 52401

**APPELLEE:**

United States of America

**APPELLEE ATTORNEY ADDRESS:**

Mark A. Tremmel
US Attorney's Office
111 7th Ave SE, Box 1
Cedar Rapids IA 52401

**COURT REPORTER(S):**

Kay Carr

Shelly Semmler

Patrice Murray

**PROCEEDINGS:**

Detention

Change of Plea

Sentencing

**LENGTH OF TRIAL:** N/A

**FEE PAID?** N **IFP: FILED** **PENDING**

**CRIMINAL ATTORNEY:** Jill M. Johnston

**PENDING MOTIONS:** N

**LOCAL INTEREST?** N

**SIMULTANEOUS RELEASE?** N

**DEFENDANT'S LOCATION:** In custody

**OTHER DEFENDANT'S IN CASE, IF MULTIPLE DEFENDANTS:**

N/A

Contact Person:
Karen Yorgensen

319-286-2319